UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES P. HOLTON,

    Plaintiff,

v.                                  Case No. 2:11-cv-14198

BANK OF AMERICA, N.A.,

    Defendant.
                                      /

### ORDER DISMISSING CASE WITHOUT PREJUDICE AND REQUIRING PERIODIC STATUS REPORTS

On September 29, 2011, the parties confirmed in a telephone conference that they are likely to reach a mutually agreeable settlement in the above-titled matter within the next few months. Accordingly and as agreed by the parties,

IT IS ORDERED that this case is DISMISSED without prejudice. **Nothing in this order shall be deemed to adversely affect or in any way impact the parties' rights.** Any party may reopen this case by filing a "Notice of Reopening." If such a notice is filed, the case will immediately be placed back on the court's active docket with no further costs or fees to either party, and the litigation will proceed as if the case had not been dismissed.

IT IS FURTHER ORDERED that Plaintiff and Defendant will file with the court a brief, joint statement of the status of this case on the first business day of every-other month, beginning on **December 1, 2011.**

                                                  s/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated: September 30, 2011
I hereby certify that a copy of the foregoing document was mailed to counsel of record

2

on this date, September 30, 2011, by electronic and/or ordinary mail.

 s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\11-14198.HOLTON.DismissalWithoutPrejudice.set2.wpd