UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES P. HOLTON,

    Plaintiff,

v.        Case No. 11-14198

BANK OF AMERICA, NA,

    Defendant.
                                               /

**ORDER SETTING TELEPHONE CONFERENCE**

On September 30, 2011, the court dismissed this matter without prejudice on the parties' assurance that they were likely to settle their underlying dispute.  However, on February 17, 2012, Plaintiff filed a notice informing the court that the parties have reached an impasse, and it is now appropriate to reopen the case.  Accordingly,

IT IS ORDERED that the court will conduct a telephone conference with counsel for the parties on **March 15, 2012, at 9:30 a.m.**  The court will place the telephone call. During the conference, the court will confirm that the parties remain unable to reach a settlement and, if so, the court will reopen the case and set an appropriate schedule.

                                        s/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: February 28, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 28, 2012, by electronic and/or ordinary mail.

                                        s/Lisa G. Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522