UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JAMES P. HOLTON

        Plaintiff(s),          Case No. 11-CVV-14198

v.          Honorable Robert H. Cleland

BANK OF AMERICA, NA

        Defendant(s).
_____/

ORDER RE: DISQUALIFICATION OF JUDGE

Pursuant to 28 U.S.C. § 455, I hereby DISQUALIFY myself from the above-styled case.

IT IS ORDERED that in accordance with E.D. Mich. LR 83.11(d), this case be reassigned by blind draw to another judge of this court.

Date: January 7, 2013          s/Robert H. Cleland
         Robert H. Cleland
         U.S. District Judge

---

Pursuant to this order, this case is reassigned to Judge Gershwin A. Drain.
Case assignment credit will be given to the appropriate Judicial Officers.

Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: January 7, 2013          s/ S Schoenherr
         Deputy Clerk