UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JAMES P. HOLTON, | Case No. 4:11-cv-14198 |
| | District Judge Gershwin A Drain |
| Plaintiff, | Magistrate Judge Laurie Michelson |
| v. | |
| BANK OF AMERICA, NA, | |
| Defendant. | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court on the stipulation of Plaintiff James P. Holton and Defendant Bank of America, N.A. The Court is duly advised and orders as follows:

Plaintiff's Complaint is hereby dismissed with prejudice and without costs to Plaintiff and Defendant.

*This Order resolves the last pending claim and closes the case.*

Dated: April 10, 2013                                         /s/Gershwin A Drain
                                                              Hon. Gershwin A. Drain

As stipulated:

| | |
|---|---|
| FIXEL LAW OFFICES, PLLC | MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C. |
| /s/ with consent of Joni M. Fixel | /s/ David G. Michael |
| Joni M. Fixel (P56712) | Martin S. Frenkel (P49283) |
| 4084 Okemos Rd., Ste. B | David G. Michael (P68508) |
| Okemos, MI 48864 | 28400 Northwestern Highway, Third Floor |
| (517) 332-3390 | Southfield, MI 48034-1839 |
| jfixel@fixellawoffices.com | (248) 354-4030 |
| Attorneys for Plaintiff | dmichael@maddinhauser.com |
| | Attorneys for Defendant |

1223650 v1/11225.0120